**UNITED STATES COURTS**
**EASTERN DISTRICT OF NEW YORK**

**QUALITY CONTROL CHECK**

**ATTORNEY CASE OPENINGS**

| Corrections |
|---|
| Were Corrections made to this ACO case?    Yes ☐    No ☒ |
| 1. Attorney did not complete the initiating documents.<br><br>Checked on http://www.nyed.circ2.dcn/cfm/ecf/atyopencase.cfm to determine who the attorney was that attempted to file the case and contacted that attorney in order to retrieve Complaint, Cover Sheet, Summons, and payment information or to advise the attorney to file the initiating documents.  ☐ |
| 2. Court Designation was incorrect. Copied case, changed Court designation, deleted incorrect case and advised other Court.  This is in conjunction with Paragraph 10–NY-E Division of Business Rule 50.1(d)(2)  ☐ |
| 3. Attorney did not separate the initiating document. Separated document into individual attachments. Replaced Main document and attached the cover sheet and Summons (if applicable).  ☐ |
| 4. Attorney did not include ☐ Complaint  ☐ Cover Sheet  ☐ Summons<br>Contacted attorney and retrieved missing document from attorney.  ☐ |
| 5. Attorney used Incorrect Form of Summons ☐   Defendant's name and address not completed ☐<br>Plaintiff's attorney name and address not completed. ☐   Days in which to answer the complaint is incorrect. ☐<br>Contacted attorney and requested a corrected summons.  ☐ |
| 6. Attorney used incorrect event when docketing the initiating document.<br>Deleted document and re-docketed using the correct event.  ☐ |
| 7. Corrected   Party Role ☐   Party spelling ☐   Added missing Party ☐<br>Converted from All Caps to Initial Caps ☐  ☐ |
| 8. Corrected Short Title  ☐ |
| 9. Corrected   Basis of Jurisdiction ☐   Citizenship of Principal Parties ☐<br>Nature of Suit ☐   Cause of Action ☐  ☐ |
| 10. NY-E Division of Business Rule 50.1(d)(2) was not completed. Contacted attorney and retrieved corrected cover sheet and replaced on docket sheet.  ☐ |
| 11. Other  ☐ |