UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELAINE RIDDICK,
MAXIME WILLIAMS,
EVELYN MCLEOD,

                      Plaintiffs,

On behalf of themselves and all others
similarly situated

             -against-

CABS HOME ATTENDANTS SERVICE,
INC.,

                      Defendant.

Civil Action No. CV 14-6464

Amon, J.

Reyes, M.J.

---

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant CABS HOME ATTENDANTS SERVICE, INC. hereby certifies that Defendant CABS HOME ATTENDANTS SERVICE, INC. is a privately-held not for profit company and, as such, it does not have any publicly issued stock, and its stock is not held by any parent or other company that is traded on any exchange.

Dated: Melville, New York
         November 26, 2014

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.
                                    *ATTORNEYS FOR DEFENDANT*
                                    58 South Service Rd., Ste. 250
                                    Melville, New York 11747
                                    (631) 247-0404

                By:      _____
                                    NOEL P. TRIPP, ESQ.

## CERTIFICATE OF SERVICE

   I hereby certify that on November 26, 2014, Defendant CABS HOME ATTENDANTS SERVICE, INC.'s Financial Interest Disclosure Statement was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

LAW OFFICE OF DAVID WIMS
1430 PITKIN AVE., 2ND FLOOR
BROOKLYN, NY 11233
(646) 393-9550

_____
NOEL P. TRIPP, ESQ.

4811-3069-2896, v. 1