

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: TRIPPN@JACKSONLEWIS.COM

February 6, 2015

**VIA FEDERAL EXPRESS**

The Honorable Carol Bagley Amon
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Elaine Riddick, et al. v. CABS Home Attendants Service, Inc.*
              Case No.: 14-CV-6464

Dear Chief Judge Amon:

      We represent CABS Home Attendants Service, Inc. ("Defendant") in the above-captioned matter. Pursuant to your Individual Motion Practices and Rules, enclosed please find a courtesy copy of Defendant's Motion to Dismiss Plaintiffs' Fourth and Fifth Causes of Action. The enclosed courtesy copies include: (1) Notice of Defendant's Motion to Dismiss Plaintiffs' Fourth and Fifth Causes of Action; (2) Defendant's Memorandum of Law In Support of Its Motion to Dismiss Plaintiffs' Fourth and Fifth Causes of Action; and, (3) Affirmation of Noel P. Tripp, Esq. In Support of Defendant's Motion to Dismiss Plaintiffs' Fourth and Fifth Causes of Action, with accompanying Exhibits.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      Noel P. Tripp

NPT:dc
Enclosures

cc:    Magistrate Judge Ramon E. Reyes (via first class mail w/o enclosures)
        David C. Wims, Esq. (via first class mail and Electronic Mail)

4845-8235-3697, v. 1